## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CAROLYN RHODES**                                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:19-cv-00348-KS-RHW**

**GOLDEN GULF LIMOUSINE, INC.**                                       **DEFENDANT**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion ore tenus ("motion") of

Plaintiff Carolyn Rhodes ("Plaintiff") and Defendant Golden Gulf Limousine, Inc. ("Defendant"),

for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature

pending in this action of Plaintiff against Defendant, and it being stipulated and made known to the

Court that all such claims have been fully compromised and settled as between Plaintiff and

Defendant, and that there remain no issues to be litigated by or between Plaintiff and Defendant or

adjudicated by the Court, and that Plaintiff and Defendant agree that all of said claims should be

dismissed, with prejudice, and that Plaintiff and Defendant consent to the entry of this Judgment;

the Court being fully advised in the premises, and having maturely considered same, is of the opinion

and finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims pending in

this action of Plaintiff against Defendant should be and the same are hereby dismissed, with

prejudice, with all parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that Plaintiff and her

undersigned counsel and firm shall resolve and be responsible for, to the exclusion of Defendant,

and/or Defendant's insurer and/or counsel, any and all subrogation or assignment claims, any and

all claims of all medical care suppliers or providers of or to Plaintiff, any and all claims of all of

Plaintiff's health and/or automobile and/or other insurers, any and all claims of all governmental

entities including Medicare and/or Medicaid providing any benefits or services to Plaintiff, and any

and all other claims of any and all other persons or entities that exist, by way of subrogation or

assignment or by operation of law or otherwise, as a result of the subject accident and/or injuries

and/or damages to Plaintiff.

SO ORDERED AND ADJUDGED, this 21st day of _____July_____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE


AGREED AND APPROVED:

_____
JOE SAM OWEN (MSB # 3965 )
OWEN, GALLOWAY, PLLC
POST OFFICE DRAWER 420
GULFPORT, MISSISSIPPI 39502-0420
1414 25TH AVENUE
GULFPORT, MISSISSIPPI 39501
228-868-2821 (TELEPHONE)
228-868-6421 (FACSIMILE)
jso@owen-owen.com
ATTORNEY FOR PLAINTIFF CAROLYN RHODES

SAM S. THOMAS (MSB #8307)
sst@samthomaslaw.com
OWEN P. TERRY (MSB #105532)
oterry@samthomaslaw.com
THOMAS LAW, P.C.
POST OFFICE BOX 2790 (39130)
115-A HOMESTEAD DRIVE
MADISON, MISSISSIPPI 39110
(601) 355-3668 (TELEPHONE)
(601) 898-4537 (FACSIMILE)
ATTORNEY FOR DEFENDANT
FRIENDS OF CHILDREN OF MISSISSIPPI, INC.